UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL GONZALES, | ) | 1:05-cv-01543-REC-TAG-HC |
| Petitioner, | ) ) | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| v. | ) ) | (Doc. 4) |
| SHRIBER, Warden, | ) ) | |
| Respondent. | ) ) ) | |

Petitioner has requested the appointment of counsel.  Petitioner bases his request on his lack of education, mental disorders, and difficulty in obtaining discovery.  (Doc. 4, p. 3).

There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.  The documents submitted by Petitioner in support of the instant motion, while presenting many details about his various mental conditions, his ongoing refusal to take medications, and his refusal to participate in mental health therapy, do not establish that he is incapable of understanding the issues involved in his case or in representing himself.  Thus, the Court does not find that the interests of justice require the appointment of counsel at the present time.  Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of counsel (Doc. 4), is DENIED.

IT IS SO ORDERED.

Dated:   **March 12, 2006**                              **/s/ Theresa A. Goldner**
**j6eb3d**                                                            UNITED STATES MAGISTRATE JUDGE