UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL GONZALES, | ) | 1:05-cv-01543-REC-TAG-HC |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF |
| v. | ) | TIME TO FILE IN FORMA |
| | ) | PAUPERIS APPLICATION |
| SHRIBER, Warden, | ) | (Doc. 9) |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 21, 2006, petitioner filed a motion to extend time to file an Application to Proceed in Forma Pauperis. (Doc. 9). Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner's motion for an extension of time to file an in forma pauperis application (Doc. 9), is GRANTED. Petitioner is granted thirty (30) days from the date of service of this order in which to file his Application to Proceed in Forma Pauperis.

IT IS SO ORDERED.

Dated:   **March 31, 2006**                                    **/s/ Theresa A. Goldner**
**j6eb3d**                                                                   UNITED STATES MAGISTRATE JUDGE