UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL GONZALES, | ) | 1:05-CV-1543-LJO-TAG (HC) |
| Petitioner, | ) ) ) | ORDER GRANTING EXTENSION OF TIME (Doc. 22) |
| v. | ) ) | ORDER DENYING SECOND MOTION FOR EXTENSION OF TIME AS MOOT (Doc. 23) |
| SHRIBER, Warden, | ) ) ) | |
| Respondent. | ) ) | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 3, 2007, the Court ordered Petitioner to file an amended petition. (Doc. 21). In that order, the Court noted that Petitioner's original petition was a 215-page tome that was so voluminous and convoluted that the Court could not determine what or how many claims Petitioner was raising. The Court's order advised Petitioner to file a simple, brief amended petition on the form provided by the Court, clearly enumerating the issues he wished to raise.

On April 30, 2007, Petitioner filed a motion to extend the time to file his amended petition. (Doc. 22). Petitioner indicated in that motion that he is not an attorney and needs additional time to "research his claim further." (Id.). No other grounds for an extension of time were presented.

It thus appears to the Court that Petitioner did not heed the advice of the Court in its April 3, 2007 order. In that order, the Court clearly indicated that further research was not necessary, further documentation was not necessary, and further explanations were not necessary. What was necessary was for Petitioner to pare down his lengthy petition to one that was easily read and understood by the Court.

On June 1, 2007, Petitioner filed a second motion for extension of time. (Doc. 23). The Court will grant Petitioner's original motion for extension of time, despite the fact that Petitioner has not set forth substantial grounds for receiving an extension of time. The Court will deny the second motion for extension of time as redundant and therefore moot.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's first motion for extension of time, dated April 30, 2007 (Doc. 22), is GRANTED;

2. Petitioner second motion for extension of time, dated June 1, 2007 (Doc. 23), is DENIED as MOOT.

3. Petitioner is granted thirty (30) days from the date of service of this order in which to file his amended petition on the form previously provided by the Court. No further extensions of time will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

Dated:   **June 5, 2007**                                   /s/ Theresa A. Goldner
                                                           UNITED STATES MAGISTRATE JUDGE